Michael Edward Traver
Vs.
Federal Bureau of Investigations

Civil Lawsuit claiming failure to comply with federal law obstruction tampering and falsifying federal documents to conceal information and federal corruption.

1. A few yrs. ago I went to the FBI and informed I was sexually assaulted at Mobile infirmary.
2. I was drugged and had an enema put up my rectum.
3. The nurse slapped my rear end said I had a homosexual scar on my rear end and then spread me open and said well he doesn't have scaring so the fag isn't homosexual.
4. Then the doctor put needle in my spine and twisted it and caused severe pain.
5. There are numerous other things I have been there several times.
6. The first time I went there the FBI agent told he doesn't do his job unless he wants to and then he contacted my former Probation officer Mr. Dudeck. And caused me trouble.
7. There other instances Such as I was called a sexual deviant and a predator and a child molester because I have porn on my cell phone and it was put out in the community that I was in public and should be executed.
8. I came to the FBI again and told everything and I was told to file a civil rights lawsuit because he will not file on his own people.

My demands are clear based upon pain and suffering and personal damage. 75 million in monetary and national apology. I also expect justice.

Michael Edward Traver.

Mit46544@yahoo.com